UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ca'Ron Elestrious-Gend Loyd,

    Plaintiff,

                                            Civil Case No. 20-13099

v.

Herman Marable, *et al.*,                 Sean F. Cox
                                                     United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING 4/18/22 REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT DRIGGETT'S SUMMARY JUDGMENT MOTION**

Plaintiff, an incarcerated person, filed this *pro se* action asserting claims against a litany of Defendants, under 42 U.S.C. § 1983. Upon screening of the complaint, Plaintiff's claims were dismissed against all but two defendants, Burton Police Officer Jeremy Driggett and state district judge Herman Marable, Jr.. (*See* ECF No. 6). The matter was then referred to the magistrate judge for all pretrial proceedings. (ECF No. 10).

At this juncture, Driggett is the only remaining Defendant. On April 18, 2022, the magistrate judge issued a Report and Recommendation (ECF No. 44) ("the R&R") wherein she recommends that the Court grant Defendant Driggett's summary judgment motion and dismiss Plaintiff's claims against Driggett with prejudice.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby ADOPTS the April 18, 2022 Report and Recommendation. The Court ORDERS that Defendant Driggett's summary judgment motion is GRANTED and Plaintiff's claims against Driggett are DISMISSED WITH

PREJUDICE.

    IT IS SO ORDERED.

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: May 19, 2022